Christopher Neff
FULL NAME

~~CHRISTOPHER D WOODS~~
COMMITTED NAME (if different)

PO Box 7500 Crescent CA 95532
FULL ADDRESS INCLUDING NAME OF INSTITUTION

Pelican Bay state prison

PRISON NUMBER (if applicable)
AN1724

FILED
CLERK, U.S. DISTRICT COURT
MAY 31 2018
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Christopher Neff

PLAINTIFF,

v.

J. Burr          J. Smith   S. Risenhoova
E. wood          M. HA      S. Nakamura
C. caballero  L. Hashemi

DEFENDANT(S).

CASE NUMBER

CV18-4842-MWF (SP)

To be supplied by the Clerk

## CIVIL RIGHTS COMPLAINT
### PURSUANT TO *(Check one)*
☑ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes  ☑ No

2. If your answer to "1." is yes, how many? _____

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

# RECEIVED
5-29-18

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS AND REHABILITATION

**PATIENT-INMATE HEALTH CARE APPEAL**

CDCR 602 HC (REV. 6/13)

Page 1 of 2

| STAFF USE ONLY | | Institution: | Log #: | Category: |
|---|---|---|---|---|
| Emergency Appeal | ☐ Yes   ☐ No | LAC HC | 17054118 | MEDICAL |
| Signature: | Date: | FOR STAFF USE ONLY | | |

You may appeal any medical, mental health, or dental decision, action, condition, omission, policy or regulation that has a material adverse effect upon your welfare. See California Code of Regulations, Title 15, Section (CCR) 3084.1. You must send this appeal and any supporting documents to the Health Care Appeals Coordinator (HCAC) within 30 calendar days of the event that led to the filing of this appeal. If additional space is needed, only one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

**Appeal is subject to rejection if one row of text per line is exceeded.**          WRITE, PRINT, or TYPE CLEARLY.

| Name (Last, First): Neff Christopher | CDCR Number: AN1724 | Unit/Cell Number: ASU 190 | Assignment: |
|---|---|---|---|

State briefly the subject/purpose of your appeal (Example: Medication, To See Specialist, etc.):

medical malpractice

**SECTION A.** Explain your issue (If you need more space, use Section A of the CDCR 602-A):

On 6-19-17 I went to doctors line for sever pain IM having due TO a Gunshot Wand IM recovering from 5-24-17 upon so I expressed my pain was continuing Although I was perscribed a Low MG

**SECTION B.** Action requested (If you need more space, use Section B of the CDCR 602-A): To have a proper pain medication perscribed and to be given all the medical treatment for such Injuries I Aquired from 5-24-17 and there after without charge to have all Invaled Repermanded and letters of Instruction be place in work

☐ **Supporting Documents: Refer to CCR 3084.3.**

List supporting documents attached (e.g., Trust Account Statement; CDCR 7410, Comprehensive Accommodation Chrono; CDCR 7362, Request for Health Care Services; etc.):

☐ No, I have not attached any supporting documents. Reason : _____

Patient-Inmate Signature: Christopher Neff          Date Submitted: 6-25-2017

☐ By placing my initials in this box, I waive my right to receive an interview.

| SECTION C. FIRST LEVEL - Staff Use Only | Check One: Is CDCR 602-A attached? | ☑ Yes ☐ No |
|---|---|---|

This appeal has been:          Check One: Is this a recategorized/converted 1824?   ☐ Yes ☑ No

☑ Bypassed at the First Level of Review. Go to Section E.

☐ Rejected (See attached letter for instruction):   Date: _____ Date: _____ Date: _____ Date: _____

☐ Cancelled (See attached letter):          Date: _____

☐ Accepted   Assigned to: _____ Title: _____ Date Assigned: _____ Date Due: _____

First Level Responder: Complete a First Level response. Include Interviewer's name, title, interview date, location, and complete the section below.

Date of Interview: _____          Interview Location: _____

Your appeal issue is:   ☐ Granted   ☐ Granted in part   ☐ Denied   ☐ Other: _____

See attached letter. If dissatisfied with First Level response, complete Section D.

| 1. Disability Code: | 2. Accommodation: | 3. Effective Communication: | Interview conducted?  ☐ Yes  ☐ No |
|---|---|---|---|
| ☐ TABE score ≤ 4.0 | ☐ Additional time | ☐ P/I asked questions | Interviewer: _____ Title: _____ |
| ☐ DPH ☐ DPV ☐ LD | ☐ Equipment ☐ SLI | ☐ P/I summed information | (Print Name) |
| ☐ DPS ☐ DNH | ☐ Louder ☐ Slower | **Please check one:** | Signature: _____ Date completed: _____ |
| ☐ DNS ☐ DDP | ☐ Basic ☐ Transcribe | ☐ Not reached* ☐ Reached | |
| ☐ Not Applicable | ☐ Other* | *See chrono/notes | Reviewer: _____ Title: _____ |
| 4.Comments: _____ | | | (Print Name) |
| | | | Signature: _____ |

| HCAC Use Only | HCAC Use Only |
|---|---|
| Date received by HCAC: _____ | Date closed and mailed/delivered to appellant: _____ |

BYPASS

Beard 6/27/17 LAC-HCAC

COMPLETED HCCAB AUG 1 8 2017

RECEIVED HCCAB AUG - 9 2017

COMPLETED HCCAB NOV 3 0 2017

STAFF USE ONLY

HC Appeals CSP-LAC

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS AND REHABILITATION

**PATIENT-INMATE HEALTH CARE APPEAL**

CDCR 602 HC (Rev. 06/13)

*LACHC 17054118*                         Page 2 of 2

**SECTION D.** If you are dissatisfied with the First Level response, explain the reason below, attach supporting documents and submit to the Health Care Appeals Coordinator for processing within 30 calendar days of receipt of response. If you need more space, use Section D of the CDCR 602-A.

~~BYPASS~~

_____

_____

_____

Patient-Inmate Signature: _____     Date Submitted: _____

| **SECTION E. SECOND LEVEL - Staff Use Only** | Check One: Is CDCR 602-A attached? | ☒ Yes ☐ No |
|---|---|---|

This appeal has been:                                   Check One: Is this a recategorized/converted 1824?   ☐ Yes ☒ No

☐ Bypassed at Second Level of Review. Go to Section G.

☐ Rejected (See attached letter for instruction):  Date: _____ Date: _____ Date: _____ Date: _____

☐ Cancelled (See attached letter):  Date: _____

☑ Accepted  Assigned to: *medical*          Title: *PCP*      Date Assigned: 7/10/17  Date Due: 8/8/17

Second Level Responder: Complete a Second Level response. Include Interviewer's name, title, interview date, location, and complete the section below.

Date of Interview: 7-17-17          Interview Location: _____

Your appeal issue is:  ☑ Granted  ☐ Granted in part  ☐ Denied  ☐ Other: _____

See attached letter.  If dissatisfied with Second Level response, complete Section F.

| 1. Disability Code: | 2. Accommodation: | 3. Effective Communication: | Interview conducted? ☑ Yes ☐ No |
|---|---|---|---|
| ☐ TABE score ≤ 4.0 | ☐ Additional time | ☐ P/I asked questions | Interviewer: M. Na          Title: PA . C |
| ☐ DPH ☐ DPV ☐ LD | ☐ Equipment ☐ SLI | ☐ P/I summed information | (Print Name) |
| ☐ DPS ☐ DNH | ☐ Louder ☐ Slower | **Please check one:** | Signature: _____ Date completed: 8/8/17 |
| ☐ DNS ☐ DDP | ☐ Basic ☐ Transcribe | ☐ Not reached* ☐ Reached | |
| ☑ Not Applicable | ☐ Other* | *See chrono/notes | Reviewer: Alphonso Lwdy          Title: MD |
| 4.Comments: 6.4 TABE | | | (Print Name) |
| | | | Signature: _____ |

| HCAC Use Only | HCAC Use Only |
|---|---|
| Date received by HCAC: | Date closed and mailed/delivered to appellant:  AUG – 9 2017 |

**SECTION F.** If you are dissatisfied with the Second Level response, explain reason below; attach supporting documents and submit by mail for Third Level Review. It must be received within 30 calendar days of receipt of prior response. Mail to: Health Care Appeals, ATTN: Chief, Building C, P.O. Box 588500, Elk Grove, CA 95758. If you need more space, use Section F of the CDCR 602-A.

On AUG 9,2017 I recieved my HC-602 2LR And it was Granted in full, However Issues I raised in part A and B were Not stipulated in findings, It says I had A 2LR interview on 7-17-17. I only went to a doctors Line and was Never told it was A interview I had Addional Documents to submit. I seek

Patient-Inmate Signature: *Christopher Neff*          Date Submitted: 8-14-2017

| **SECTION G. THIRD LEVEL - Staff Use Only** | | |
|---|---|---|

☐ Rejected (See attached letter for instruction):  Date: _____ Date: _____ Date: _____ Date: _____

☐ Cancelled (See attached letter):  Date: _____

☒ Accepted at the Third Level of Review

Your appeal is:  ☐ Granted  ☐ Granted in part  ☑ Denied  ☐ Other: _____

See attached Third Level response.

| | Third Level Use Only |
|---|---|
| | Date closed and mailed/delivered to appellant  NOV 3 0 2017 |

Request to Withdraw Appeal: I request that this appeal be withdrawn from further review because; State reason. (If withdrawal is conditional, list conditions.)

_____

_____

_____

Patient-Inmate Signature: _____     Date Submitted: _____

Print Staff Name: _____  Title: _____  Signature: _____  Date: _____

STAFF USE ONLY

3

STATE OF CALIFORNIA                                                                      DEPARTMENT OF CORRECTIONS AND REHABILITATION
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR 602-A (REV. 03/12)                                                                                                        Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|
| | LAC HC. 17054118 | | |
| | | FOR STAFF USE ONLY | |

Attach this form to the CDCR 602, only if more space is needed.  Only one CDCR 602-A may be used.
**Appeal is subject to rejection if one row of text per line is exceeded.     WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| Neff Christopher | AN1724 | ASU 190 | |

**A.  Continuation of CDCR 602, Section A only (Explain your issue) :** Of Ibuproven 200mg than 400mg. Ive filed many request for a better pain reliever which is 600mg Ibuproven plus a chronic pill that is given at 8pm which Has No Effect. (2) Fragments of steel shapnell remain In my foot and was told by doctor to stop using, my cane this is having, a adverse Effect and creating more pain. In so 600mg Ibuproven do nothing since I have been discharged from hospital, I have had to walk up stairs and down them only to use a wheelchair. thats when I felt some tear and numbness to my calf down on my right foot. this is a Deliberate in defference as well malpractice Negligence and has cause alot of pain and suffering.

Inmate/Parolee Signature: *Christopher Neff*          Date Submitted: 6-25-2017

**B.  Continuation of CDCR 602, Section B only (Action requested):** Performance Files due to 6th, 8th, 14th Amendments Rights Violated. To ensure the right to file citizens complaint and any other criminal or civil proceedings In future. Time is of the Essence.

Inmate/Parolee Signature: *Christopher Neff*          Date Submitted: 6-25-2017

COMPLETED
AUG - 9 2017
HC Appeals CSP-LAC

COMPLETED
HCCAB
NOV 30 2017

RECEIVED
HCCAB
AUG 18 2017

STAFF USE ONLY

4

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR 602-A (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

*LACHC17054118*  **Side 2**

**D. Continuation of CDCR 602, Section D only (Dissatisfied with First Level response):** _____

Inmate/Parolee Signature: _____  Date Submitted: _____

**F. Continuation of CDCR 602, Section F only (Dissatisfied with Second Level response):** compensation for proven malpractice, Deliderate Indefference as well Be compensated for pain and suffering to Here this section Granted As well part A and B Granted on 3LR. To once Again reserve rights to any civil or Criminial Future Filings on this issue. This is an on Going issue Here At CSP-LAC. Time is of the Essence it should be Noted that my 6th, 8th, 14th amendments were and are being violated. As well to have Any and all records from medical files, 114-A LOG Hard copys reserved to insure Evidentry Due processes

Inmate/Parolee Signature: _____  Date Submitted: 8/14/17

5

5/24/17 Got out the hospital got no meds for pain or wound dressing change only a wheel chair also got Me on the top tire

5/25/17 Complained about be on top tire so they took my wheel chair and gave me cruches

5/27/17 filled out medical slip for pain meds and wound dressing change took cruches gave me cane

6/2/17 Moved me to the bottom tear

RECEIVED
HCCAR
AUG 1 8 2017

6/11/17 filled out sick call slip for sever pain

6/12/17 went to sick call slip No pain meds

6/22/17 went to doctor line gave me pain meds
~~that do did~~

(emergence)
7/1/17 filled out ^Sick call slip for sever pain

7/3/17 soppose to go to doctor line Never went

7/10/17 ask the (LVN) If they New anything about my appointment and Said Knew nothing about it "It is Not My Job to Know"

7/16/17 asked again If they knew when I was soppose to go to my follow up from 6/22/17 and Said they Knew nothing about it again

7/17/17 went to doctor Line said my foot doesn't hurt cause of my gun shot wound that it is because I got bunions on my ~~foot~~ foot and I dont and never complaine about that at all and still complaind about my sever pain and all she did was order xrays and up the Mg of the meds I all had that dont work

8/1/17 went for xrays on right foot

LOOK ON back
6→

 CALIFORNIA CORRECTIONAL
# HEALTH CARE SERVICES


## Institution Response for Second Level HC Appeal

**Date:**   AUG - 9 2017

**To:**   NEFF, CHRISTOPHER (AN1724)
Z 001 1190001L
California State Prison – LA County
P.O. Box 4670
Lancaster, CA 93539-4670

**Tracking/Log #:**   LAC HC 17054118

**Appeal Issues:**
In your CDCR-602HC Inmate/Parolee Health Care Appeal Form received on 6/27/2017, you indicated:

| Issue Type | Action Requested |
|---|---|
| **Issue 1:**  Medication ( Pain Management ) | Patient requests "proper pain medication" other than what he has prescribed |

**Interview:**
You were interviewed by M. Ha, PA-C on 7/17/2017 regarding this appeal. During the interview, you were allowed the opportunity to fully explain your appeal issue(s).

**Response:**

**The First Level of Review**, received on 6/27/2017, was bypassed as per CCR Title 15, 3084.7(a).  The Chief, Inmate Correspondence and Appeals Branch directs that the First Level appeal response be bypassed due to currently existing extenuating circumstances in the appeals office at California State Prison-Los Angeles County that prevent the timely resolution of your First Level of appeal review and response.  Therefore, your appeal issues and requests will be addressed at the Second Level of Review (SLR).

The Second Level Appeal, received on 6/27/2017 indicated you are requesting to be prescribed proper pain medication.  You were medically evaluated by the primary care provider (PCP) on 7/17/2017 for your right food pain.  The PCP indicated that Trileptal was increased to 300 mg to be administered at noon.  An xray of your right foot and ankle was also ordered.

At the Second Level of Review this appeal was granted.

Your appeal with attachment(s), Unit Health Record (UHR), and all pertinent departmental policies and procedures were reviewed.

**Appeal Decision:**
Based upon the aforementioned information, your appeal is granted.

A. SWABY, DO
Chief Medical Executive (A)
California State Prison – LA County

RECEIVED
HCCAB
AUG 1 8 2017

8



**CALIFORNIA CORR.CTIONAL**
# HEALTH CARE SERVICES



**Date:**    NOV 3 0 2017
**To:**    NEFF, CHRISTOPHER (AN1724)
Pelican Bay State Prison
P.O. Box 7000
Crescent City, CA 95531-7000

**From:**    California Correctional Health Care Services
Health Care Correspondence and Appeals Branch
P.O. Box 588500
Elk Grove, CA 95758

**Tracking/Log # :**    LAC HC 17054118

This appeal was reviewed by Health Care Correspondence and Appeals Branch staff on behalf of the Deputy Director, Policy and Risk Management Services. All submitted information has been considered.

## DIRECTOR'S LEVEL DECISION:

Appeal is denied. This decision exhausts your administrative remedies.

## APPEAL REQUESTS:

You are requesting:
- To have proper pain medication prescribed.
- To receive all the medical treatment for injuries acquired on May 24, 2017, and thereafter without charge.
- To have all involved reprimanded and letters of instruction be placed in work performance files.
- To reserve the right to file a citizen's complaint or any other criminal/civil proceedings in the future.

## BASIS FOR DIRECTOR'S LEVEL DECISION:

Your appeal file and documents obtained from your Unit Health Record were reviewed by licensed clinical staff. You are enrolled in the Chronic Care Program, where your medical conditions and medication needs are closely monitored. Your medical records support you have received ongoing evaluation and treatment for a history of right ankle pain, status post gunshot wound to the right ankle, on May 24, 2017, as determined to be medically necessary including, but not limited to: primary care provider (PCP) evaluations, offsite hospital evaluation, and right ankle x-rays. Your most recent PCP encounter occurred on October 17, 2017. The PCP noted your continued complaint of right ankle pain and concern for bullet fragment. The results of repeat x-rays obtained on August 1, 2017, were reviewed with you, indicating no fracture or bullet fragment. A physical examination was conducted, you demonstrated full range of motion of your right ankle, and you were observed to walk with a stable gait. Progress notes indicate there is a plan of care in place and the PCP hs discussed the plan of care with you. Trial of the medication oxcarbazepine was discontinued as you reported your pain was not responding. You were encouraged to continue self-exercises and nonsteroidal anti-inflammatory drugs, available over-the-counter in the canteen.

Your medical condition will continue to be monitored with care provided as determined medically indicated by the PCP. If you have additional health care needs, you are advised to utilize the CDC 7362, Health Care Services Request Form, process to access health care services in accordance with California Correctional Health Care Services policy.

9

C.NEFF, AN1724
LAC HC 17054118
Page 2 of 2

California Correctional Health Care Services health care providers are trained and capable of providing care for patients with pain. California Correctional Health Care Services Pain Management Guidelines were adopted to standardize the effective assessment, treatment, and management of patients with acute and chronic pain. It is generally not possible to relieve all pain in patients with chronic pain. The goal is to maximize function while avoiding the serious side effects of the stronger pain medications and/or procedures. The treatment of your pain is an ongoing process.

California Correctional Health Care Services takes your complaint against any personnel seriously and all efforts are made to ensure these matters are researched and responded to accordingly. However, it is not in the purview of appellants to request specific action to be taken in regard to the conduct of the health care appeal review or in regard to disciplinary or adverse action against staff. Further, all such personnel actions are confidential and will not be shared with inmates, staff, or the public.

Per California Code of Regulations, Title 15, Section 3391(b), a citizen's complaint is an allegation made by a non-inmate against a peace officer. You do not fall into this category; therefore, your health care appeal cannot be processed as a citizen's complaint. You have the right to exhaust your administrative remedies or file a civil action. It is your personal responsibility to obtain legal counsel if you so choose. The Prison Litigation Reform Act (42 U.S.C § 1997e[a]) states: "No action shall be brought with respect to prison conditions under § 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Your request to receive medical treatment for injuries acquired on May 24, 2017, and thereafter without charge, will not be addressed per California Code of Regulations, Title 15, Section 3084.6(b)(1), as you are attempting to appeal an anticipated action or decision. Be advised, copayments will continue to be charged for health care services in accordance with policies and procedures, unless the criteria for copayment exemption per California Code of Regulations, Title 15, Section 3354.2(c)(4), is met.

Monetary compensation is outside the jurisdiction of the health care appeals process.

While the health care appeals process is an administrative means of setting forth your health care concerns, it is not a substitute for direct communication about your health with your health care providers. You are encouraged to continue your care with your assigned health care providers and share with them new or additional clinical information about your conditions that you believe may affect your care. However, California law directs your health care providers to offer and provide only the care they determine to be currently medically necessary for you, in accordance with appropriate policies and procedures. Previous orders from other health care facilities or staff, input from health care consultants, and/or your own personal preferences may be considered, but do not control the professional judgment of your current health care providers.

After review, no intervention at the Director's Level of Review is necessary as your medical condition has been evaluated and you are receiving treatment deemed medically necessary.

**RULES AND REGULATIONS:**
The rules governing these issues are: California Code of Regulations, Title 15; Inmate Medical Services Policies and Procedures; and the Department Operations Manual.

**ORDER:**
No changes or modifications are required by the institution.

*C. Ol.        for.*

J. Lewis, Deputy Director
Policy and Risk Management Services
California Correctional Health Care Services

a. Parties to this previous lawsuit:
   Plaintiff _____

   _____

   Defendants _____

b. Court _____

   _____

c. Docket or case number _____

d. Name of judge to whom case was assigned _____

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) _____

f. Issues raised: _____

   _____

   _____

g. Approximate date of filing lawsuit: _____

h. Approximate date of disposition _____

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☒ Yes   ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☒ Yes   ☐ No

   If your answer is no, explain why not _____

   _____

   _____

3. Is the grievance procedure completed? ☒ Yes   ☐ No

   If your answer is no, explain why not _____

   _____

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff ___Christopher Neff___
(print plaintiff's name)

who presently resides at ___PO Box 7500   Crescent City   CA  95532___,
(mailing address or place of confinement)

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at

___Lancaster State prison and Pelican Bay State prison___
(institution/city where violation occurred)

on (date or dates) ~~5/24/17~~ _____, _____, _____
(Claim I)                    (Claim II)          (Claim III)

**NOTE**:    You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1.  Defendant  M. Ha _____ resides or works at
    (full name of first defendant)

    PO Box 4430 Lancaster CA 93539
    (full address of first defendant)

    (PCP) Primary care provider
    (defendant's position and title, if any)

    The defendant is sued in his/her (Check one or both): ☑ individual  ☑ official capacity.

    Explain how this defendant was acting under color of law:

    Requested action ~~and to~~ for severe pain and ~~reported~~ ~~to personal~~
    ~~doing~~ failed to do anything I asked

2.  Defendant  J Smith _____ resides or works at
    (full name of first defendant)

    PO Box 4430 Lancaster CA 93539
    (full address of first defendant)

    (RN) register Nurse
    (defendant's position and title, if any)

    The defendant is sued in his/her (Check one or both): ☑ individual  ☑ official capacity.

    Explain how this defendant was acting under color of law:

    complained about pain and did nothing

3.  Defendant  Jennifer Burr _____ resides or works at
    (full name of first defendant)

    PO Box 7500 Crescent City CA 95532
    (full address of first defendant)

    (LVN) Licence Vocational Nurse
    (defendant's position and title, if any)

    The defendant is sued in his/her (Check one or both): ☑ individual  ☑ official capacity.

    Explain how this defendant was acting under color of law:

    complained about pain and did nothing

---

12

on (date or dates) __5/24/17__ _____ _____ _____

                                     (Claim I)          (Claim II)          (Claim III)

NOTE:    You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1.  Defendant **Risennoova Sue** resides or works at
(full name of first defendant)
**PO Box 7500 Crescent City CA 95532**
(full address of first defendant)
**(EFNP) Nurse practitioner**
(Defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual ☑ official capacity.

Explain how this defendant was acting under color of law:
**complained about pain and did nothing**

2.  Defendant **Nakamura Steven** resides or works at
(full name of first defendant)
**PO Box 7500 Crescent City CA 95532**
(full address of first defendant)
**(RN) register Nurse**
(Defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual ☒ official capacity.

Explain how this defendant was acting under color of law:
**complained about pain and did nothing**

3.  Defendant **Hashemi Ladan** resides or works at
(full name of first defendant)
**PO Box 7500 Crescent City CA 95532**
(full address of first defendant)
**(NP) Nurse practitioner**
(Defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual ☑ official capacity.

Explain how this defendant was acting under color of law:
**complained about everything and did nothing**

CV-66 (7/97)

13

4. Defendant  wood  Evelyn _____ resides or works at
   (full name of first defendant)

   po Box 7500  crescent city  CA  95532
   (full address of first defendant)

   (LVN) Lieonce  Volcational  Nurse
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☑ individual  ☑ official capacity.

   Explain how this defendant was acting under color of law:

   complained about pain and ~~toorw~~ did nothing

5. Defendant  Caballero  christian _____ resides or works at
   (full name of first defendant)

   po Box 7500  crescent city  cA  95532
   (full address of first defendant)

   (RN) register  Nurse
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☑ individual  ☑ official capacity.

   Explain how this defendant was acting under color of law:

   complained about pain and did nothing

---

**CIVIL RIGHTS COMPLAINT**

CV-66 (7/97)

14

**D. CLAIMS***

CLAIM I

The following civil right has been violated:

Freedom from cruel and unusual punishment I was shot with a live bullet in ankal and when discharged from hositpal was placed on top tier as a form of retaliation from the incident that accorded earlyer in the day on 5/24/17

Supporting Facts:  Include all facts you consider important.  State the facts clearly, in your own words, and without citing legal authority or argument.  Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

On May 24, 2017 there was a riot that had started with the inmates and peace officers and during that riot I was shot in my right ankle with a Live min 14 Bullet and was then excorted to shutter coast hositpal and with in a few hours I was treated and released back to pelcan bay state prison when I got back to the prison I was excorted to (ctc) central treatment center where I seen Risenhoova Sue (EFNP) where she gave me cruches to help me walk and when I ask for a Lower/Lower chorno She said I didn't need one dc to the fact that I wasnt going to be placed on the top tier and I told her that I was, so once I got to my new housing unit I was placed on the top tier and I told the co's that I

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.*

15

Supporting facts page 1:

1. couldn't ~~change to a time~~ climb stairs and they
2. told me that I should of thought about that
3. before I attacted there fellow cops and that
4. I dont have a lower/lower chorno so it must
5. not be that serious of a injury but I was
6. walking around in cruches so fur that I was cause
7. pain and suffering for weeks of going up and down
8. starts to all my medical appointments I also
9. know it was a form of retaliation towards
10. me for not giving me the lower tier lower bunk
11. chorno. On May 26, 2017 I went for a dressing
12. change which was done by Jennifer Burr (LVN)
13. and then I yet again asked for a lower/lower
14. chorno because I was on the top teir and going
15. up and down was at this point it was cruel
16. and unusual punishment and was causing me a
17. lot of pain and suffering which she didnt care
18. because she said- it was not her job to pass out
19. lower/lower chornos and it was a form of
20. retaliation towars me on may 27, 2017 I ~~also~~
21. went to medcal again for my cressing change and
22. saw wood Evelyn (LVN) and I also her if she
23. can put me on the lower tier because I was
24. still on top tier and it seem that my ankel was
25. Just getting worise from going up and down then
26. she ~~told~~ said that she cant provide me with a

16

1  supporting facts page 2:

2  Lower/Lower chorno and told me to put in

3  an Health care slip so I could so I did and

4  ~~on may~~ on may 2017 the same day they

5  called me back to medical to answer my health

6  care regest and that is when I was seen by

7  caballero christian (RN) and when I went to

8  see I ask him If I can get a Lower/Lower

9  chorno and he said that he could do that

10  because he was the only one at medical because

11  it was the weekend. ON 6/8/17 I was transfered

12  to lancaster State prison for court so now I

13  was place on a bus with Leg Irons around my

14  ankel with a bullet wound that is about 2 weeks

15  old but is still in alot of pain and swelling

16  from going up and down stairs and my ankel has

17  not had the proper amount of time to heal right

18  so I was placed in leg Irons for 6 to 9 hours

19  a day and from ~~wear~~ wearing them my foot would

20  go numb and I couldnt even feel it but, the

21  end of the day. I got to lancaster state

22  prison on 6/12/17 and I put a health care

23  regest in the same day I got to the prison

24  I went to see the (LVN) the next day once

25  I got back from court and she placed me

26  on the Doctors line. on 6/22/17 I went to

27  see M.HA (PCP) and I was giving pain meds

supporting facts page 3:

for all my pain I was enduring at that time
I also asked for a Lower/Lower chorno but
she said that I wouldn't need one because
I wont be climbing any stairs any time
so and I explained to her every that I
needed for when I go back to (PBSP) so I
wont be placed on the top tier for a
retaliation she said that they wont do that
to me. so then I asked If she can recommend that
I dont be put in Leg Irons and she said NO.
6/28/17 I put a regest for health care form
a for my right ankel pain that has because
so Server from where wearing ankel chains
for almost two weeks for at least 8 to 10
hours while I was in court. on 6/29/17 I saw
J Smith (RN) which he noted all and what
he seen on my InJury and all he did was
told me he cant do nothing about it he
has to Send me to see the (pcp) to
discuss my promblems. On 7/17/17 I went to see
M. HA (pcp) and I asked her to raise my pain meds
because the ones I am on do not work and I
am in alot of pain from everything that has
been going on the last couple months and that
my ankel has not had the right amout of time to
properly heal and now I was not only feeling pain

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)
OSP 98 10924

18

Supporting facts page 4:

1  in my ankel It was also feeling weakness,
2  numbing, and stiffness in my ankel on a daily
3  basices now and she told me that in time it will
4  get better to be patent, on 9/19/17 I was in
5  root to pelcan bay state prison and on that day
6  they took my cane which I need badly do to
7  the fact that I still couldnt really walk on my
8  foot from the numbing and weakness I was
9  having threw out the day on the transpher bus I
10 was in Leg Irons up to 6to8 hours a day on 9/21/17
11 I arrived at pelcan bay state prison and was seen
12 by Nakamura steven (RN) and told him that I
13 was in a Lot of pain and that I couldnt feel
14 my foot so I asked him If he could make sure
15 that I get a cell that is on the Lower tier and
16 I explain to him the reason why and he said NO
17 that all he can do is put me on docter line
18 as a High priority to see the (RN) in 7 days and
19 I never did until 10/17/17 I went to see
20 Hushemi Ladan (NP) I went to see her I
21 asked for a Lower/Lower chorno and phsical
22 therpy and different pain meds to hello me
23 and all she did was Just give me ankel
24 Ixcrises for a sprain ankel and told her that
25 they dont work I been doing them for months
26 and she took my pain meds away and said

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)
OSP 98 10924

19

Supporting facts page 5:

sents they dont work then you dont need any and told me that I dont need a lower/lower chorno because it was so long ago and it should be healed by now and I tried to explain but she didnt want to hear it so for all of this that happen to me with in a four month period of time was a form of relaliation towards me it was cruel and sever punishment ~~too~~ towords me and ~~be~~ because of all that I now have been and ~~going~~ going to suffer in pain on a cialy and maybe for the rest of my life all because of a incentent that happen on 5/24/17 I now have premitten damage to my right ankel

I declare under penalty of perjury that my supporting facts of all pages are ture

#AN1724

5/18/18

**E. REQUEST FOR RELIEF**

I believe that I am entitled to the following specific relief:

I wish to be compensate 10,000.00 # for each and every Defendant.

I would like to have every defendant termitated from Job and never be able to work for medical again

_____
5/18/18
(Date)

_____
(Signature of Plaintiff)

21

**California State Prison - Los Angeles County**

Name: _Christopher Neff_

CDC #: _AN1724_

Facility _ASU_ Building _1_ Bed _190_

P.O. Box _4430_

Lancaster, CA 93539

**CALIFORNIA DEPARTMENT OF CORRECTIONS AND
REHABILITATION INDIGENT INMATE MAIL.**

Facility Post Office Boxes

Facility A - P.O. Box 4430
Facility B - P.O. Box 4490
Facility C - P.O. Box 4610
Facility D - P.O. Box 4670
Minimum (MSF) 4730
Legal Mail - P.O. Box 8457
Money Orders - P.O. Box 8487

Legal Mail

SANTA CLARITA
CA 913

2017 AUG 18 AM 8:29

95758-850000

Health care appeals, ATTN: Chief
PO Box 588500
Elk Grove CA, 95758
Building C

RECEIVED
HCCAB
AUG 16 2017

## UNAUTHORIZED ITEMS WITHIN INMATE MAIL

If mail contains these items, it will result in an issuance of a CDC Form 1819 Notification of Disapproval

- No Peel & Seal, padded, cardboard or bubble wrap envelopes.
- No cardstock, sketch pads, construction paper or colored paper.
- No musical/greeting cards, videos, CD's, or cassette tapes.
- No cash. No pens, pencils, or markers.
- No identification cards, credit cards, bank cards, phone cards, etc.
- No polaroid photographs, negatives, slides, or photo albums. No photos depicting drugs and/or drug paraphernalia. No photos, drawings, magazines, and/or pictorials displaying frontal nudity of either gender. Nothing which depicts, displays, or describes sexual penetration or sexual acts.
- No gang affiliated material, hand gestures, or signs.
- No items of clothing, food, hard plastic, metal, wood items, magnets, rubber, stickers, glue and/or glitter.
- No tattoo patterns or tracing patterns. No jewelry.
- No mail containing unknown substance, any powder, liquid and/or solids.
- No unauthorized correspondence between inmates/parolees.
- No lipstick, perfume, cologne, and scents on the contents or envelope.
- No items which may be deemed a threat to the safety and security of the institution, or any correspondence deemed circumvention of the mail policies and procedures.
- All incoming mail must have full return address.



## AUTHORIZED ITEMS WITHIN INMATE MAIL

- 40 postage stamps/40 envelopes (Prepaid postage must not show the date)
- Letters/greeting cards
- 10 photographs (no larger than 8" x 10")
- Checks/money order with Inmate's name and CDC#
- Writing paper (white/yellow lined only)
- Publications (books, magazines, newspapers) MUST come directly from vendor
- For funds to be mailed directly to Inmates account, send through www.jpay.com or (800) 574-5729

NAME: Christopher Neff
CDC NO. AN1724 HOUSING: C6/120

PELICAN B.W STATE PRISON
P.O. BOX 7501
CRESCENT CITY, CA 95532

neopost
05/25/2018
US POSTAGE $001.84°

FIRST-CLASS MAIL

ZIP 95531
041L 12293673

U.S. Central Dist. of Ca.
312 N. Spring St.
Los Angeles, Ca. 90012-4701

CLERK U.S. DISTRICT COURT
MAI 2 9 2018

LEGAL MAIL

