UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER NEFF,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>M. HA, et al.,<br><br>　　　　　　Defendants. | Case No. 2:18-cv-04842-FLA (SP)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

　　　　Pursuant to 28 U.S.C. § 636, the court has reviewed the Third Amended Complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge.  Further, the court has engaged in a de novo review of those portions of the Report to which plaintiff has objected.  The court accepts the findings and recommendation of the Magistrate Judge.

/ / /

/ / /

/ / /

IT IS THEREFORE ORDERED that Judgment will be entered dismissing the Third Amended Complaint and this action with prejudice and without leave to amend.

Dated: February 21, 2023

FERNANDO L. AENLLE-ROCHA
United States District Judge