JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER NEFF,<br><br>        Plaintiff,<br><br>        v.<br><br>M. HA, et al.,<br><br>        Defendants. | Case No. 2:18-cv-04842-FLA (SP)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Third Amended Complaint and this action are dismissed with prejudice.

Dated: February 21, 2023

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge